UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

In re ROBERT T. FORTE,　　　　　　　　　　　　No. 1:13-CV-2350 NJV

　　　　　Plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

_____/

　　　I, the undersigned, hereby certify that on July 9, 2013, I SERVED a true and correct copy of Docket no. 9, by placing said copy in a postage paid envelope addressed to the person listed below, by depositing said envelope in the U.S. Mail.

Robert T Forte
G-20934
CMC- West
FAC-G 22-1 LOW
P.O. Box 8101
San Luis Obispo, CA 93409

　　　　　　　　　　　　　　　　　　　　　　　/s/ Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　　　　　　　Administrative Law Clerk to
　　　　　　　　　　　　　　　　　　　　　　the Honorable Nandor J. Vadas